UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAJENDRA KOTHAPALLY,<br>Plaintiff,<br>v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>Defendants. | Civil Action No. 24-0760 (PLF) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' consent motion to transfer and extend, and the entire record herein, it is hereby

ORDERED that Defendants' consent motion is GRANTED;

ORDERED that the Clerk of the Court shall transfer this action to the United States District Court for the Northern District of Alabama; and it is further

ORDERED that Defendants' time to respond to the complaint is extended through, and including, 21 days after this action is docketed in the transferee district.

SO ORDERED:

5/22/24
Date

PAUL L. FRIEDMAN
United States District Judge